ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD DeSOTO as Successor In Interest to MARK DeSOTO, <br><br>Plaintiff, <br><br>vs. <br><br>GENERAL ELECTRIC COMPANY, et al., <br><br>Defendants. | No. 3:21-cv-06627-EMC <br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) WITHOUT PREJUDICE |

**IT IS SO ORDERED**. All claims against defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) are hereby dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 01/13/2022           By: _____
                                Honorable Edward M. Chen
                                United States District Judge